**Order issued October 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00593-CV

## IN THE INTEREST OF M.R., A CHILD

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-14-0065**

## ORDER
Before Chief Justice Wright and Justices Brown and Stoddart

Based on the Court's opinion of this date, we **GRANT** James Richard Dunn, Jr.'s motion

for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to

remove Dunn as counsel of record for appellant Kristi Ayivi-Guedehoussou. We **DIRECT** the

Clerk of the Court to send a copy of this order and all future correspondence to:

> Kristi Ayivi-Guedehoussou
> Linda Woodman State Jail Facility
> 1210 Coryell City Road
> Gatesville, Texas     76526

/Ada Brown/
ADA BROWN
JUSTICE